UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                         Case No. 20-30203
                                            Originating No. 1:20-cr-00069

**MICHAEL DAVID WATLEY,**

      Defendant.

_____/

## GOVERNMENT'S PETITION
## FOR TRANSFER OF DEFENDANT TO
## ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **MICHAEL DAVID WATLEY,** to answer to charges pending in another federal district, and states:

1. On **June 16, 2020,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of North Dakota based on an Indictment**. **Defendant is charged in that district with violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and 18 U.S.C. § 2 – Distribution of Heroin.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

MATTHEW J. SCHNEIDER
United States Attorney

`

*s/Barrington Wilkins*
Barrington Wilkins
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Barrington.wilkins@usdoj.gov
(313) 226-9621

Dated: June 16, 2020